| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

PRINCE MCCOY, SR., §
　　　　　　　　　　　　§
　　　　Plaintiff, 　　　　§
　　　　　　　　　　　　§
*versus* 　　　　　　　　§　　CIVIL ACTION NO. 1:20-CV-433
　　　　　　　　　　　　§
J. SORRELLS, *et al.*, 　　§
　　　　　　　　　　　　§
　　　　Defendants. 　　　§

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

　　Plaintiff Prince McCoy, Sr., an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

　　Plaintiff has filed a motion seeking a preliminary injunction (#5). The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the motion. The magistrate judge recommends the motion be denied.

　　The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

　　The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. After careful consideration, the court is of the opinion plaintiff's objections are without merit. The court agrees that plaintiff has not shown there is a substantial likelihood he will prevail on the merits of his lawsuit. As a result, he is not entitled to preliminary injunctive relief. *See Byrum v. Landreth*, 566 F.3d 442, 445 (5th Cir. 2009).

**ORDER**

Accordingly, the objections filed by plaintiff are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. Plaintiff's motion for preliminary injunction is **DENIED**.

SIGNED at Beaumont, Texas, this 6th day of July, 2021.

```
_____
         MARCIA A. CRONE
      UNITED STATES DISTRICT JUDGE
```